# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Glenn E. Watkins and Nicole S. Crayton,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-33

Gaston County Clerk of Courts, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012 Order.

                                               Signed: November 20, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court